ter of the petition of the Brooklyn Union Elevated Railroad Company relative to acquiring title to real estate, etc., on Crescent street, etc.; parcel 65; premises, 156 Myrtle avenue. Appeal of Louis Levine.

PER CURIAM. Final order of confirmation reversed, and a new appraisal directed before commissioners to be appointed at Special Term, on the authority of Matter of Brooklyn Union Elevated R. R. Co. (Stein Case) 95 App. Div. 108, 88 N. Y. Supp. 426.

In re BROOKLYN UNION ELEVATED R. CO. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) In the matter of the petition of the Brooklyn Union Elevated Railroad Company relative to acquiring title to real estate or a right of way on Broadway, in the borough of Brooklyn, etc.; parcel, Nos. 455 to 463 Broadway. No opinion. Order affirmed, with $10 costs and disbursements.

In re BROWN. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) In the matter of the general assignment of George W. Brown to William W. Butcher for the benefit of creditors. No opinion. Orders affirmed, with $10 costs and disbursements.

BROWN, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Harmon T. Brown against the Metropolitan Street Railway Company.

PER CURIAM. Judgment modified, by striking out the provision for an extra allowance, the respondent conceding on the argument that this should be done, and judgment, as modified, and order, unanimously affirmed, without costs.

BRUSEE v. STAR CO. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by Iole Brusee against the Star Company. No opinion. Motion denied.

In re BULFORD. (Supreme Court, Appellate Division, First Department. May 12, 1905.) In the matter of Julia Bulford, deceased. No opinion. Upon payment of $10, and on filing new undertaking, or deposit of money in lieu thereof, within 10 days, motion denied.

BURGER, Appellant, v. SNARE & TRIEST CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Frank Burger against the Snare & Triest Company. No opinion. Judgment unanimously affirmed, with costs.

CARNEY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Margaret Carney against the city of New York. No opinion. Judgment and order unanimously affirmed, with costs.

In re CARSWELL. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) In the matter of the application of Joseph Lester Carswell for admission to the bar. No opinion. Application granted.

CHASE, Respondent, v. DRAKE, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Durfee C. Chase against Katharine E. Drake.

PER CURIAM. In view of the appeals then pending and of the merits, we think that the order of September 29, 1904, should be reversed, with $10 costs and disbursements, and the motion to vacate the ex parte order should be granted, with $10 costs.

HOOKER, J., not voting.

CHASE, Respondent, v. DRAKE, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Durfee C. Chase against Katharine E. Drake.

PER CURIAM. Order dated January 8, 1904, modified, by striking out the condition imposing terms, and, as thus modified, affirmed, without costs. Order of February 8, 1904, as resettled by order of February 17, 1904, reversed, with $10 costs and disbursements, and motion granted, with costs.

HOOKER, J., not voting.

CHEESMAN, Respondent, v. TINKER et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 9, 1905.) Action by Ida K. Cheesman against Sarah A. Tinker and Charles W. Tinker. No opinion. Order affirmed, with $10 costs and disbursements.

In re CHOATE'S ESTATE. RONAYNE v. DUSENBERRY. (Supreme Court, Appellate Division, First Department. April 14, 1905.) In the matter of Sarah J. H. Choate, deceased. No opinion. Motion denied, on payment of $10 costs.

CHURCH et al., Respondents, v. RANDALL, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by Walter Church and Elliott D. Kniffen against Thomas L. Randall.

PER CURIAM. Judgment and order affirmed, with costs.

PARKER, P. J., dissents.

CITY OF NEW YORK, Respondent, v. HOLMES, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by the city of New York against Artemas H. Holmes. A. H. Holmes, in pro. per. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs.

CITY OF NEW YORK v. VOLLKOMMER et al. (Supreme Court, Appellate Division, Second Department. May 5, 1905.) Appeal from Special Term, Kings County. Interpleader action by the city of New York against Joseph Vollkommer and others. From a judgment in favor of plaintiff, certain defendants appeal. Affirmed. See 88 N. Y. Supp. 1094. Henry H. Sawyer, for appellants. Edward H. Wilson (James D. Bell, on the brief), for respondent city of New York.

PER CURIAM. The judgment in this case is in effect merely an adjudication that the city